# United States District Court
# Eastern District of Wisconsin (Milwaukee)
# CRIMINAL DOCKET FOR CASE #: 2:24–mj–00882–NJ–1

Case title: USA v. Fortier

Date Filed: 06/27/2024

Date Terminated: 06/27/2024

Assigned to: Magistrate Judge
Nancy Joseph

**Defendant (1)**

| | | |
|---|---|---|
| **Miguel Angel Fortier, Jr**<br>*YOB 1999*<br>*TERMINATED: 06/27/2024* | represented by | **Dennise Moreno**<br>Federal Defender Services of Wisconsin Inc<br>411 E Wisconsin Ave – Ste 2310<br>Milwaukee, WI 53202<br>414–221–9900<br>Fax: 414–221–9901<br>Email: dennise_moreno@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1349– ATTEMPT AND<br>CONSPIRACY TO COMMIT<br>MAIL FRAUD<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**                                   represented by   **Karine Moreno–Taxman**
                                                           United States Department of Justice
                                                           (ED–WI)
                                                           Office of the US Attorney
                                                           517 E Wisconsin Ave – Rm 530
                                                           Milwaukee, WI 53202
                                                           414–297–1785
                                                           Fax: 414–297–1738
                                                           Email: karine.moreno–taxman@usdoj.gov
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Assistant US Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 06/27/2024 | 1 | 3 | Rule 5 Documents Received as to Miguel Angel Fortier, Jr from the Middle District of Florida – Tampa Division in case number 24–CR–276. (edr) |
| 06/27/2024 | | 10 | Arrest Rule 5 of Miguel Angel Fortier, Jr in case number 24–CR–276 from the Middle District of Florida – Tampa Division. (edr) |
| 06/27/2024 | | 12 | Case unsealed as to Miguel Angel Fortier, Jr (edr) |
| 06/27/2024 | | 9 | NOTICE OF HEARING as to Miguel Angel Fortier, Jr. Initial Appearance – Rule 5 set for 6/27/2024 at 3:00 PM in Courtroom 253, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Nancy Joseph. (edr) |
| 06/27/2024 | 2 | 14 | Minute Entry for Initial Appearance in Rule 5 Proceedings as to Miguel Angel Fortier, Jr held on 6/27/2024. before Magistrate Judge Nancy Joseph. Defendant advised of rights, penalties, and fines. Defendant waived right to identity hearing. Defendant ordered released on conditions and ordered to appear in Middle District of Florida – Tampa Division on a date and time to be set. (Court Reporter Liberty) (edr) |
| 06/27/2024 | 3 | 15 | WAIVER of Rule 5(c)(3) Hearings by Miguel Angel Fortier, Jr. (edr) |
| 06/27/2024 | 4 | 16 | ORDER Setting Conditions of Release signed by Magistrate Judge Nancy Joseph on 6/27/2024. (cc: all counsel) (edr) |
| 06/27/2024 | 5 | 21 | ORDER signed by Magistrate Judge Nancy Joseph on 6/27/2024 Requiring Defendant to Appear in Other District as to Miguel Angel Fortier, Jr. (cc: all counsel) (edr) |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24 cr 276 VMC—UAM

BROCK DAVID FISCHER
    a/k/a "iFruit," and
MIGUEL ANGEL FORTIER, JR.
    a/k/a "Destined"

18 U.S.C. § 1349

## INDICTMENT

The Grand Jury charges:

JUN 18 2024 PM 3:08
FILED - USDC - FLMD - TPA

### COUNT ONE
### (Mail Fraud Conspiracy)

#### A.   Introduction

At times material to this Indictment:

1.   Defendant BROCK DAVID FISCHER, a/k/a "iFruit," was a resident of Iowa. Defendant MIGUEL ANGEL FORTIER, JR., a/k/a "Destined," was a resident of Wisconsin. MATTHEW FREDERIC BERGWALL, a/k/a "MXB," was a resident of Florida. Conspirator #1, a/k/a "Haku," was a resident of New York. Conspirator #2 was a resident of North Carolina. FISCHER, FORTIER, BERGWALL, Conspirator #1, and Conspirator #2 are referred to collectively herein as "the Conspirators."

2.   "The Victim Company" was a private, multinational shipping, receiving, and supply chain management company. The Victim Company served as a common carrier for hundreds of retailers all over the world.

3.      The Conspirators acted as administrators for "the Service," a chat room/marketplace on an encrypted messaging platform. The Service sold access to the Victim Company's tracking platform. This access allowed the Conspirators to enter false and fraudulent tracking information, referred to herein as a "scan," for merchandise shipped by the Victim Company on behalf of victim-retailers. Customers used the Service to obtain full refunds from victim-retailers while maintaining physical possession of merchandise ordered, such as high-end electronics, jewelry, and designer clothing and accessories.

4.      This fraud scheme caused nearly 10,000 fraudulent returns and resulted in the victim-retailers losing more than $8 million in merchandise.

**B.      The Conspiracy**

5.      Beginning on an unknown date, but no later than on or about December 28, 2021, and continuing through at least on or about April 14, 2022, in the Middle District of Florida and elsewhere, the defendants,

BROCK DAVID FISCHER
a/k/a "iFruit," and
MIGUEL ANGEL FORTIER, JR.
a/k/a "Destined,"

did knowingly and willfully combine, conspire, confederate, and agree with others, both known and unknown to the Grand Jury, to commit mail fraud, in violation of 18 U.S.C. § 1341.

2

### C.  **Manner and Means**

6.     The manner and means by which the Conspirators sought to accomplish the object of the conspiracy included, among others, the following:

a.     It was part of the conspiracy that Conspirators would and did gain unauthorized access to the Victim Company's tracking platform.

b.     It was further part of the conspiracy that Conspirators and others would and did order merchandise known to be shipped by the Victim Company from victim-retailers located in the Middle District of Florida and elsewhere.

c.     It was further part of the conspiracy that Conspirators and others located in the Middle District of Florida and elsewhere would and did receive merchandise from victim-retailers that had been shipped by the Victim Company.

d.     It was further part of the conspiracy that Conspirators would and did in exchange for payment cause false and fraudulent information to be entered into the Victim Company's tracking platform, making it appear as if merchandise purchased by Conspirators and others had been returned by the Victim Company, prompting victim-retailers to issue refunds.

e.     It was further part of the conspiracy that Conspirators and others would and did receive refunds from victim-retailers for merchandise that had never been returned.

f.     It was further part of the conspiracy that Conspirators and others would and did perform acts and make statements to misrepresent, hide, and conceal,

3

and cause to be misrepresented, hidden, and concealed, the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 18 U.S.C. § 1349.

## FORFEITURE

1.      The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2.      Upon conviction of a violation of conspiracy to violate 18 U.S.C. § 1341, in violation of 18 U.S.C. § 1349, the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3.      The property to be forfeited includes, but is not limited to, a judgment in the amount of proceeds obtained from the offense.

4.      If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

4 .

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

under the provisions of 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).


A TRUE BILL,

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Foreperson


ROGER B. HANDBERG
United States Attorney


By: _____
Carlton C. Gammons
Assistant United States Attorney


By: _____
Rachelle DesVaux Bedke
Assistant United States Attorney
Chief, Economic Crimes Section


5

FORM OBD-34
June 24

No.

## UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

BROCK DAVID FISCHER
A/K/A "IFRUIT," AND
MIGUEL ANGEL FORTIER, JR.
A/K/A "DESTINED"

### INDICTMENT

Violations: 18 U.S.C. § 1349

A true bill,

███████████████████

Foreperson

Filed in open court this 18th day
of June 2024.

_R. Merrell_ – Karina
Nieves

Clerk

Bail $_____

GPO 863 525

```
MIME-Version:1.0
From:ecfmaster@wied.uscourts.gov
To:ecfmaster@wied.uscourts.gov
Bcc:
--Case Participants: Dennise Moreno (arden_york@fd.org, dennise_moreno@fd.org,
jolynn_blei@fd.org, lillian_cruz@fd.org, nat_henak@fd.org), Karine Moreno-Taxman
(caseview.ecf@usdoj.gov, karine.moreno-taxman@usdoj.gov, melly.rodriguez@usdoj.gov),
Magistrate Judge Nancy Joseph (emily_brown@wied.uscourts.gov,
laura_cronin@wied.uscourts.gov, nancy_joseph@wied.uscourts.gov,
ross_miller@wied.uscourts.gov)
--Non Case Participants: Federal Defender Office (jolynn_blei@fd.org,
lillian_cruz@fd.org), Probation (wiep_dqa@wiep.uscourts.gov), US Marshals
(cm_marshals@wied.uscourts.gov)
--No Notice Sent:

Message-Id:4851960@wied.uscourts.gov
Subject:Activity in Case 2:24-mj-00882-NJ USA v. Fortier Notice of Hearing - Initial
Appearance - Rule, 5, Rule 40, Rule 32.1
Content-Type: text/html
```

## United States District Court

## Eastern District of Wisconsin

## Notice of Electronic Filing

The following transaction was entered on 6/27/2024 at 12:17 PM CDT and filed on 6/27/2024

| | |
|---|---|
| **Case Name:** | USA v. Fortier |
| **Case Number:** | 2:24–mj–00882–NJ |
| **Filer:** | Dft No. 1 – Miguel Angel Fortier, Jr |
| **Document Number:** | No document attached |

**Docket Text:**
**NOTICE OF HEARING as to Miguel Angel Fortier, Jr. Initial Appearance – Rule 5 set for 6/27/2024 at 3:00 PM in Courtroom 253, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Nancy Joseph. (edr)**

**2:24–mj–00882–NJ–1 Notice has been electronically mailed to:**

Dennise Moreno &nbsp &nbsp dennise_moreno@fd.org, arden_york@fd.org, jolynn_blei@fd.org, lillian_cruz@fd.org, nat_henak@fd.org

Karine Moreno–Taxman &nbsp &nbsp karine.moreno–taxman@usdoj.gov, CaseView.ECF@usdoj.gov, melly.rodriguez@usdoj.gov

**2:24–mj–00882–NJ–1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:ecfmaster@wied.uscourts.gov
To:ecfmaster@wied.uscourts.gov
Bcc:
--Case Participants: Karine Moreno-Taxman (caseview.ecf@usdoj.gov,
karine.moreno-taxman@usdoj.gov, melly.rodriguez@usdoj.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:4851928@wied.uscourts.gov
Subject:Activity in Case 2:24-mj-00882 *SEALED* Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

**United States District Court**

**Eastern District of Wisconsin**

**Notice of Electronic Filing**


The following transaction was entered on 6/27/2024 at 11:56 AM CDT and filed on 6/27/2024

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | <u>2:24−mj−00882 *SEALED*</u> |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Arrest Rule 5 of Miguel Angel Fortier, Jr in case number 24−CR−276 from the Middle District of Florida − Tampa Division. (edr)**


**2:24−mj−00882 *SEALED*−1 Notice has been electronically mailed to:**

**2:24−mj−00882 *SEALED*−1 Notice has been delivered by other means to:**

---

***REDACTED NOTICE FOLLOWS***

---


**This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e−mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**United States District Court**

**Eastern District of Wisconsin**

## Notice of Electronic Filing

The following transaction was entered on 6/27/2024 at 11:56 AM CDT and filed on 6/27/2024

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 2:24−mj−00882 *SEALED* (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | No document attached |

**Docket Text:**
 **Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available <u>here</u>.** (Requires CM/ECF login)

```
MIME-Version:1.0
From:ecfmaster@wied.uscourts.gov
To:ecfmaster@wied.uscourts.gov
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:4851930@wied.uscourts.gov
Subject:Activity in Case 2:24-mj-00882 USA v. SEALED Case Unsealed
Content-Type: text/html
```

**United States District Court**

**Eastern District of Wisconsin**

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2024 at 11:56 AM CDT and filed on 6/27/2024

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 2:24–mj–00882 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Case unsealed as to Miguel Angel Fortier, Jr (edr)**

**2:24–mj–00882 *SEALED*–1 Notice has been electronically mailed to:**

**2:24–mj–00882 *SEALED*–1 Notice has been delivered by other means to:**

---

*REDACTED NOTICE FOLLOWS*

---

**This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**United States District Court**

**Notice of Electronic Filing**

The following transaction was entered on 6/27/2024 at 11:56 AM CDT and filed on 6/27/2024

**Case Name:**    USA v. SEALED
**Case Number:**    <u>2:24–mj–00882 *SEALED*</u>
**Filer:**    Redacted
**Document Number:** No document attached
**Docket Text:**
**<span style="color:#9e1b32">Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available <u>here</u>.</span>** (Requires CM/ECF login)

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| | **on Rule 5 Hearing** |
| v. | |
| | CASE NUMBER **24-mj-00882** |
| **MIGUEL ANGEL FORTIER, JR** | |

---

HONORABLE  NANCY JOSEPH, presiding      Court Reporter: Liberty
Deputy Clerk:  Evan Romel      Hearing Began: <u>3:11 pm</u>
Hearing Held:  June 27, 2024, at 3:00 pm      Hearing Ended: <u>3:23 pm</u>

**Appearances:**

UNITED STATES OF AMERICA by:  Karine Moreno-Taxman
MIGUEL ANGEL FORTIER, JR, in person, and by:  Dennise Moreno     ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by:  Amos Malone
INTERPRETER: ☑ None ☐ Sworn

---

☑ Defendant advised of rights
☑ Defendant advised of charges, penalties and fines

---

☑ Defendant waives right to an identity hearing
☑ Defendant to be released on O/R bond to appear in Middle District of Florida - Tampa Division on a date and time to be set

---

GOVERNMENT summarizes charges and penalties.
MAXIMUM PENALTIES:
COUNT 1: SENT: 15 years; FINE: $250,000; SR: 3 years; SA: $100.

BOND

GOVERNMENT does not request detention.
Government outlines the conditions of release requested by the Middle District of Florida.

DEFENSE agrees with Government's recommendation of release.
Defendant has lived here most of his life but his father lives in Florida.
Defendant has no criminal history.
Defendant may reside with mother and stepfather if released.

PRETRIAL SERVICES reports that Defendant has no prior criminal record.

COURT orders Defendant released on conditions. *See order.*

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   24-mj-00882 |
| | ) | |
| | ) | |
| MIGUEL ANGEL FORTIER, JR | ) | Charging District's Case No.  24-CR-276 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *Middle District of Florida - Tampa Division*

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)    an identity hearing to determine whether I am the person named in the charges;

(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)    a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5)    a hearing on any motion by the government for detention;

(6)    request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒    an identity hearing and production of the warrant.

☐    a preliminary hearing.

☐    a detention hearing.

☐    an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   6/27/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Dennise Moreno
*Printed name of defendant's attorney*

# UNITED STATES DISTRICT COURT

### for the
### Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 24-mj-00882 |
| MIGUEL ANGEL FORTIER, JR | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

_____
*(Place)*

on _____
*(Date and Time)*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of: _____
  Person or organization _____
  Address *(only if above is an organization)* _____
  City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____     _____
                       *Custodian*                                              *Date*

( ■ ) (7) The defendant must:
  ( ☐ ) (a) submit to supervision by and report for supervision to the   PTS  as directed  ,
        telephone number _____ , no later than _____ .
  ( ☐ ) (b) continue or actively seek employment.
  ( ☐ ) (c) continue or start an education program.
  ( ☐ ) (d) surrender any passport to: _____
  ( ■ ) (e) not obtain a passport or other international travel document.
  ( ■ ) (f) abide by the following restrictions on personal association, residence, or travel:
        WDFD  and  Middle District  of  Florida
  ( ■ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
        including: known, named co-defendants or victims
        - No Telegram or Discord usage for criminal activities
  ( ☐ ) (h) get medical or psychiatric treatment: _____
  ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
        or the following purposes: _____
  ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
        necessary.
  ( ☐ ) (k) not possess a firearm, destructive device, or other weapon.
  ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
  ( ■ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
        medical practitioner.
  ( ■ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
        random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
        prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
        of prohibited substance screening or testing.
  ( ■ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
        supervising officer.
  ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
        ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
              directed by the pretrial services office or supervising officer; or
        ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
              medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
              activities approved in advance by the pretrial services office or supervising officer; or
        ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
              court appearances or other activities specifically approved by the court; or
        ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
              you must comply with the location or travel restrictions as imposed by the court.
              **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q)  submit to the following location monitoring technology and comply with its requirements as directed:

         ( ☐ ) (i)      Location monitoring technology as directed by the pretrial services or supervising officer; or

         ( ☐ ) (ii)     Voice Recognition; or

         ( ☐ ) (iii)    Radio Frequency; or

         ( ☐ ) (iv)    GPS.

( ☐ ) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t)  _____

        _____

# ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

6/27/24
_____
Date of Defendant's Signature

_____
Defendant's Signature

Milwaukee, WI
_____
City and State

## Directions to the United States Marshal

( ☐ )  The defendant is ORDERED released after processing.

( ☐ )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: June 27, 2024
_____

_____
Judicial Officer's Signature

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL



**EASTERN DISTRICT OF WISCONSIN**

Counties: (1) Florence, (2) Forest, (3) Marinette, (4) Langlade, (5) Menominee, (6) Oconto,
(7) Shawano, (8) Door, (9) Waupaca, (10) Outagamie, (11) Brown, (12) Kewaunee,
(13) Waushara, (14) Winnebago, (15) Calumet, (16) Manitowoc, (17) Marquette,
(18) Green Lake, (19) Fond du Lac, (20) Sheboygan, (21) Dodge, (22) Washington,
(23) Ozaukee, (24) Waukesha, (25) Milwaukee, (26) Walworth, (27) Racine, (28) Kenosha

# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 24-mj-00882 |
| | ) | |
| | ) | Charging District: Middle District of Florida - Tampa Division |
| MIGUEL ANGEL FORTIER, JR | ) | |
| *Defendant* | ) | Charging District's Case No. 24-CR-276 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| | |
|---|---|
| Place:<br>United States District Court<br>Middle District of Florida<br>801 North Florida Avenue, Tampa, Florida 33602(813) 301-5400 | Courtroom No.: TO BE SET |
| | Date and Time: TO BE SET |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 6/27/2024

_____
*Judge's signature*

Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*